UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL SWARTZ,

                Plaintiff,

-against-

GREATER AMSTERDAM VOLUNTEER AMBULANCE CORPS, INC., and THOMAS PASQUERELLI,

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No.: 1:21-CV-00880-FJS-DJS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the Parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action is hereby dismissed, with prejudice, and without attorneys' fees or costs to any party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the Clerk of the United States District Court for the Northern District of New York, without further notice.

Dated: March 31, 2023

    MELVIN & MELVIN, PLLC

By:   s/ Kenneth J. Bobrycki
        Kenneth J. Bobrycki, Esq.
        Erin M. Tyreman, Esq.
        217 S. Salina Street, 7th Floor
        Syracuse, New York 13202
        T: 315.422.1311

*Attorneys for Plaintiff*

Dated: March 31, 2023

    BOND, SCHOENECK & KING, PLLC

By:   s/ Michael D. Billok
        Michael D. Billok, Esq.
        268 Broadway
        Suite 104
        Saratoga Springs, New York 12866
        T: 518.533.3236

*Attorneys for Defendants*

SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Dated: April 3, 2023